IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISON

IN RE: Jewel Elaine Jackson )
) Chapter 7
)
Debtor(s). ) Case No.: 14-06091
)
) James M. Carr

**NOTICE OF CHANGE OF CREDITOR'S ADDRESS**

**To the court:** The correct address for the following creditor is as follows:

Harris & Harris LTD
222 Merchandise #6117
Chicago, IL 60654

**To the Listed Creditor:** You are listed as a creditor in this case, but the original address was incorrect or missing. Accompanying this notice are the following documents:

    X    Notice of meeting of creditors with debtor's full social security number
          Plan or amended plan dated:
    ☐    Notice of bar date
    ☐    Notice of confirmation hearing
    X    Other: **none**

Dated this Thursday, July 24, 2014.

                                        Respectfully submitted,

                                        By:  _/s/ Thomas Barbour_____
                                             Thomas Barbour
                                             55 E. Monroe, #3400
                                             Chicago, IL 60603
                                             Phone:(312) 332-1800
                                             Fax: (877) 247-1960
                                             E-mail: inn@geracilaw.com

## **CERTIFICATE OF SERVICE**

   The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice of Change of Creditor's Address were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by placing a copy in the U.S. Mail on Thursday, July 24, 2014:

Harris & Harris LTD
222 Merchandise #6117
Chicago, IL 60654

   Additionally, the documents referenced above were also served via electronic means on the following individuals on Thursday, July 24, 2014:

| | |
|---|---|
| United States Trustee | Thomas A. Krudy |
| Southern District of Indiana | 236 E. 15th St. |
| 101 W. Ohio St., Ste. 1000 | |
| Indianapolis, IN 46204 | Indianapolis, IN 46202 |

Dated this Thursday, July 24, 2014.

             By:  _/s/ Thomas Barbour_
              Thomas Barbour
              55 E. Monroe, #3400
              Chicago, IL 60603
              Phone:(312) 332-1800
              Fax: (877) 247-1960
              E-mail: inn@geracilaw.com